**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 05-6793**

───────────────

JOSE FRANCISCO NOESI,

                              Plaintiff - Appellant,

        versus

B. A. BLEDSOE; MICHAEL MCCLAIN,

                              Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-05-141-7-SGW)

───────────────

Submitted:  November 22, 2005        Decided:  December 5, 2005

───────────────

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Jose Francisco Noesi, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Francisco Noesi appeals the district court's order dismissing his <u>Bivens v. Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) complaint as frivolous under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Noesi v. Bledsoe</u>, No. CA-05-141-7-SGW (W.D. Va. Mar. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>